IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SLAVICA NMN FISCHER,

      Appellant,

v.

WAYNE JOSEPH FISCHER,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5451

Opinion filed July 20, 2017.

An appeal from the Circuit Court for Santa Rosa County.
David Rimmer, Judge.

Bruce B. Childers, Pensacola, for Appellant.

Ross A. Keene of Ross Keene Law, P.A., Pensacola, for Appellee.


PER CURIAM.

      Appellant, the former wife, challenges the trial court's order modifying the amount of alimony awarded to her. She claims competent, substantial evidence does not support the trial court's finding that the former husband experienced the prerequisites to alimony modification: (1) a substantial change in circumstances; (2) that the change was not contemplated at the time of the final judgment of dissolution; and (3) that the change was sufficient, material, involuntary, and

permanent in nature. <u>Jarrard v. Jarrard</u>, 157 So. 3d 332, 336-37 (Fla. 2d DCA 2015).

We agree; the evidence that was presented at the hearing does not support a finding that the former husband's change in circumstances was either unanticipated or involuntary. We, therefore, REVERSE the order modifying the alimony award.

WOLF, ROWE, and KELSEY, JJ., CONCUR.